IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:26-mj-171 |
| | ) | |
| JESSICA L. RAVENSCROFT | ) | Court Date: May 18, 2026 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor – E1611863)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 12th, 2025, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, JESSICA L. RAVENSCROFT, did assault by striking, beating, or wounding V-1.

(In violation of Title 18, United States Code, Section 113(a)(4))

Respectfully submitted,

By:  _____/s/_____

Julianna Battaglia
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3896
Fax: 703-299-3980
Email: julianna.battaglia@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on May 15, 2026, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.


By:  _____/s/_____
Julianna Battaglia
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3896
Fax: 703-299-3980
Email: julianna.battaglia@usdoj.gov